MEMORANDUM OPINION




Nos. 04-03-00755-CR & 04-03-00756-CR & 04-03-00757-CR



John TSCHOEPE,


Appellant



v.



The STATE of Texas,


Appellee



From the 81st and 218th Judicial District Courts, Atascosa County, Texas


Trial Court Nos. 02-11-0293-CRA & 02-11-0295-CRA & 02-11-0296-CRA


Honorable Olin B. Strauss, Judge Presiding



PER CURIAM


Sitting: Catherine Stone, Justice

 Paul W. Green, Justice

 Sarah B. Duncan, Justice


Delivered and Filed: December 10, 2003


DISMISSED FOR LACK OF JURISDICTION

 The trial court imposed or suspended sentence in each cause on June 5, 2003. Appellant filed
a motion for new trial in each cause on June 25, 2003; therefore, appellant's notices of appeal were
due to be filed September 3, 2003. Tex. R. App. P. 26.2(a)(2). Appellant, however, filed his notices
of appeal on September 4, 2003. He did not file a motion for extension of time. Because appellant
did not timely file his notices of appeal or file a timely motion for extension of time, we lack
jurisdiction to entertain these appeals. See Olivo v. State, 918 S.W.2d 519, 522 (Tex. Crim. App.
1996); see also Ater v. Eighth Court of Appeals, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991)
(explaining that the writ of habeas corpus pursuant to article 11.07 of the Texas Code of Criminal
Procedure governs out-of-time appeals from felony convictions). Accordingly, we dismiss appellant's
appeals for lack of jurisdiction.


 PER CURIAM

Do Not Publish